UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VLADIMIR VYRKIN,

                 Plaintiff,

- against -

TRIBORO BRIDGE & TUNNEL AUTHORITY,
ET AL.,

                 Defendants.

18-cv-12106 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 2-21-20

JOHN G. KOELTL, District Judge:

The matter is referred to Magistrate Judge Aaron for purposes of settlement. If the case is not settled, the parties should report back to the Court and submit a proposed briefing schedule for a motion for summary judgment.

SO ORDERED.

Dated:     New York, New York
           February 20, 2020

                                        John G. Koeltl
                               United States District Judge