# United States District Court

# Southern District of New York

| |
|---|
| Application granted. |
| SO ORDERED. |
| |
|          /s/ John G. Koeltl |
| New York, NY          John G. Koeltl |
| June 12, 2020          U.S.D.J. |

Vladimir Vyrkin, plaintiff

     -against-

Triboro Bridge and Tunnel Authority

P.O. Edwin Cabrera, Captain Michael

Barnwell and does 1-10, Defenants

Case No. 1:18-cv-12106

MOTION FOR PERMISSION FOR

ELECTRONIC CASE FILING

I respectfully ask the Court for permission to participate in electronic case filing

("e-filing") in this case. I affirm under penalty of perjury that:

  1. I have reviewed the Court Electronic Case Filing Rules and Instructions, available at http://nysd.uscourts.gov/ecf_filing.php and agree to abide by them.

  2. I completed the Court's CM/ECF introduction course on 6/10/2020 using CM/ECF tutorial  on internet.

  3. I have submitted a Non-Attorney E-File Registration for the Pacer system at https://www.pacer.gov;reg_nonatty.html, and created my personal account. I need CM/ECF user name to link it to my Pacer account.

  4. I understand that once I register for E-Filing, I will receive notices and documents only by E-Mail in that case and not by regular mail.

  5. I understand that if I am granted permission to participate in E-Filing I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format

7. I have regular access to the technical requirements necessary to E-File successfully:

-a computer with internet access and a word processor. Type of computers I will be using: Asus I-7 notebook with Windows 10 and IPad.

-Type of word processors I will be using: WinWord and Acrobat 9 Pro.

-an e-Mail account (on a daily basis) to receive notifications from the Court and notices from the E-Filing system

-a scanner to convert documents that are only in paper format into electronic files. Scanning equipment I will be using: HP 7000 series 3 in 1 printer.

- a PDF Reader and PDF Writer  to convert  word-processing documents into PDF format, the only electronic format in which documents can be e-filed.

Version of PDF reader and writer that I will be using: Acrobat 9 Pro.

- a printer or copier to create required paper copies such as chambers copies.

8. I understand that  I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.


06/10/2020                                          *Vladimir Vyrkin*

Vladimir Vyrkin

854 Swinton ave, Bronx, NY 10465

Cell phone: +1 (646) 417-3587

e-Mail address: vertolet8@aol.com