# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

Vladimir Vyrkin, Plaintiff

      -against-

Triboro Bridge and Tunnel Authority

P.O Edwin Cabrera, Captain Michael

Barnwell and does 1-10, Defendants

Case No. 1:18-cv-12106

| |
|---|
| As requested, the plaintiff may represent himself. SO ORDERED. |
| New York, NY /s/ John G. Koeltl |
| June 18, 2020    John G. Koeltl    U.S.D.J. |

Motion for permission

to be as a  PRO SE  Litigant


Vladimir Vyrkin, of full age, hereby declares and say:

1.  I am a Plaintiff in case No.1:18-cv-12106

      Vyrkin against Triboro Bridge and Tunnel Authority

2.  On May 12 the Parties appeared for a settlment conference before

    Hon. Stewart D. Aaron, USMJ. During mediation I found my position is different

    from Judge  Aaron's  and my attorney Brian  Dratch's view.

3.  At the present time, there has been a complete breakdown of the attorney-client
.   relationship.  My attorney Brian Dratch doesn't share  same view of the case

    as that of Plaintiff.

4.  I am requesting your support to represent myself as a Pro Se litigant.

5.  JURY TRIAL DEMANDED, which was not requested by my councel.

  I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Respectfully submitted on 06/16/2020

*Vladimir Vyrkin*

Vladimir Vyrkin

854 Swinton ave, Bronx, NY 10465

Cell phone:  +1 (646) 417-3587

e-Mail address:  vertolet8@aol.com