```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**VLADIMIR VYRKIN,**

              **Plaintiff,**     18 Civ. 12106 (JGK)

    - against -                              ORDER

**TRIBORO BRIDGE & TUNNEL AUTHORITY,
ET AL.,**

              **Defendants.**

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The defendants are requested to provide the Court by **December 16, 2020,** with a new copy of Exhibit 15 to the Hechtkopf Declaration in a format that is playable, together with appropriate instructions. The current version of Exhibit 15 does not play on the Court's computer. A copy of this Order will be mailed to the plaintiff.

    SO ORDERED.

**Dated:**    **New York, New York
December 9, 2020**                     /s/ John G. Koeltl

                                                **John G. Koeltl
United States District Judge**