UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vladimir Vyrkin,

                        Plaintiff,

-against-

Triboro Bridge & Tunnel Authority, et al.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2021

1:18-cv-12106 (JGK)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The parties have consented to my conducting all proceedings in this action, including trial. (*See* ECF No. 61.) No later than Thursday, April 22, 2021, the parties shall file a joint letter in which they indicate (1) their availability in May and June 2021 for a bench trial and (2) whether they are amenable to conducting a bench trial remotely via a videoconferencing platform, such as Microsoft Teams.

**SO ORDERED.**

DATED:    New York, New York
               April 15, 2021

_____
STEWART D. AARON
United States Magistrate Judge