**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Vladimir Vyrkin,

                          Plaintiff,                         18 **CIVIL** 12106 (SDA)

          -against-                                        **JUDGMENT**

Triboro Bridge & Tunnel Authority, et al.,
                          Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2021

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Bench Trial before the Honorable Stewart Aaron, United States Magistrate Judge, it is hereby Ordered that judgment is rendered in favor of Officer Cabrera; accordingly, the case is closed.

**DATED:** New York, New York
               June 21, 2021

**So Ordered:**

*Stewart D. Aaron*
        **U.S.M.J.**

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:** *K. Mango*
       **Deputy Clerk**